# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CHRISTOPHER BODDE,
      Plaintiff,

-vs-                              Case No. 6:08-cv-880-Orl-28KRS

MI-DE, INC.,
      Defendant.

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and to Dismiss Action with Prejudice (Doc. No. 24) filed July 14, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 9, 2009 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and to Dismiss Action with Prejudice is **GRANTED in part.**

3. The Court finds the settlement is a fair resolution of a bona fide dispute under the Fair Labor Standards Act.

4. The Court declines to reserve jurisdiction to enforce the settlement agreement.

5. Counsel for Plaintiff may not withhold any portion of the amounts payable to Plaintiff under the settlement agreement, and may not attempt to collect additional attorney's fees and costs from Plaintiff pursuant to a retainer agreement or otherwise.

6. The Pantas Law Firm, P.A. shall provide a copy of this Order to Plaintiff.

7. This case is dismissed with prejudice.

8. The Clerk is directed to close this file.

**DONE and ORDERED** in Chambers, Orlando, Florida this 1st day of October, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party